UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERALD WYATT, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-3813 |
| | § | |
| WASTE MANAGEMENT OF TEXAS, INC., | § | |
| | § | |
| *Defendant*. | § | |

### FINAL JUDGMENT

Pursuant to the court's order signed July 22, 2019, defendant Waste Management of Texas, Inc.'s motion for summary judgment (Dkt. 25) is GRANTED. Therefore, this case is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on July 29, 2019.

_____
Gray H. Miller
Senior United States District Judge